# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES,<br><br>           Plaintiff,<br><br>     v.<br><br>CAMDEN JOONZ, LLC, a California Limited Liability Company; and DOES 1-10,<br><br>           Defendants. | Case No.: 2:21-cv-00234-AB-RAO<br><br>*Hon. André Birotte Jr*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  January 11, 2021<br>Trial Date:      Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendant Camden Joonz LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: June 14, 2021

Hon. André Birotte Jr
United States District Judge